UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BYRON Q. ALEXANDER            CIVIL ACTION

VERSUS

NAVIENT            NO. 22-00802-BAJ-EWD

## RULING AND ORDER

Plaintiff, who is proceeding *pro se*, has sued "the debt collector Navient" for fraud and harassment. (Doc. 1). The Magistrate Judge has now issued a **Report and Recommendation (Doc. 7, the "R&R")**, recommending that Plaintiff's claims against Defendant be dismissed for lack of federal subject matter jurisdiction. Plaintiff's deadline to object to the R&R has passed, without any objection from Plaintiff.

Upon de novo review, the Court **APPROVES** the R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 9th day of March, 2023

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA